UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| KAREN AUDAY, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | 1:10-CV-260 |
| v. | ) ) | Collier/Lee |
| THE WET SEAL RETAIL, INC., | ) ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

Defendant The Wet Seal Retail, Inc. ("Defendant") filed a motion for judgment on the pleadings, (Court File No. 7). Plaintiff Karen Auday ("Plaintiff") responded (Court File No. 16), and Defendant replied (Court File No. 24). For the reasons set forth in the accompanying memorandum, the Court **GRANTS** Defendant's motion for judgment on the pleadings and **DISMISSES** Plaintiff's claim against Defendant as barred by virtue of judicial estoppel (Court File No. 7). As no other matters remain for adjudication, the Court **DIRECTS** the Clerk of Court to close this case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**